# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

QIANYE LIN,

Petitioner,

v.

WARDEN CALIFORNIA CITY DETENTION CENTER, et al.,

Respondents.

Case No. 1:26-cv-08029-JLT-EPG-HC

ORDER GRANTING *PRO HAC VICE* APPLICATION

(ECF No. 2)

Before the Court is the application of Ling Li, attorney for Petitioner, for admission to practice *pro hac vice*. L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* (ECF No. 2) is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **September 30, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE